1058

No. 92–6336. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6339. COOK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6346. PRIEST v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6357. UTLEY v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 92–6358. COLEMAN, AKA SAUNDERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6360. BLUE v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 92–6362. WALLACE v. ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

No. 92–6383. FELAN v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6385. SMITH v. BLODGETT. C. A. 9th Cir. Certiorari denied.

No. 92–6387. WIGLEY v. ALFRED HUGHES UNIT ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6388. WHITEHEAD v. GATES, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–6389. THORNTON v. QUINLAN, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. D. C. Cir. Certiorari denied.

No. 92–6390. VICK v. MAYNARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–6397. JONES v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.